

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-2-2006

# Escobar v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-5175

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Escobar v. Atty Gen USA" (2006). *2006 Decisions.* Paper 248.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/248

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 05-5175

_____

ARAMAYO ROY ESCOBAR, aka Roy A. Escobar,
Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,
Respondent

_____

On Petition for Review of an Order
of the Board of Immigration Appeals
Agency No. A43 741 092
on November 16, 2005
Grace A. Sease, Immigration Judge

_____

**Present**: BARRY, CHAGARES and COWEN, Circuit Judges

_____

**SUR PETITION FOR PANEL REHEARING**

_____

The petition for rehearing filed by Respondent having been submitted to the judges

who participated in the decision of this Court, is GRANTED. The per curiam opinion

filed September 5, 2006 is hereby VACATED and the case held C.A.V. pending the

decisions of the Supreme Court in Lopez v. Gonzales (No. 05-547) and Toledo-Flores v.

United States (No. 05-7664).

BY THE COURT:

**/s/ Maryanne Trump Barry**
Circuit Judge

DATED: November 2, 2006